# SUPREME COURT OF HAWAI'I

**March 28, 2012**

| SCWC–10–0000032 | Tamman v. Tamman | Vacated and Remanded |
|---|---|---|

**April 30, 2012**

| SCWC–10–0000243 | State v. Daniels | Vacated and Remanded |
|---|---|---|

**July 30, 2012**

| SCWC–30703 | State v. Castro | Vacated and Remanded |
|---|---|---|